MATTHEW LEONARD, Respondent, *v.* IREAB HOLDING CORPORATION, Appellant.

(Argued January 16, 1936; decided January 31, 1936.)

*Alvin R. Cowan* and *Harold M. Phillips* for appellant.
*Herman A. Gray* and *Maxwell M. Booxbaum* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J. LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.